**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-02291-REB-CBS

LESLIE G. BERKOWITZ, and
KATHLEEN F. BERKOWITZ,

    Plaintiffs,

v.

METWEST INC. d/b/a QUEST DIAGNOSTIC INCORPORATED,
SIEMENS HEALTHCARE DIAGNOSTIC INC.,
SIEMENS MEDICAL SOLUTIONS USA, INC., and
SIEMENS AG,

    Defendants.

---

**ORDER OF DISMISSAL AS TO DEFENDANTS,
SIEMENS MEDICAL SOLUTIONS USA, INC., AND SIEMENS AG, ONLY**

---

**Blackburn, J.**

    The matter before me is the **Stipulation For Dismissal** [#30] filed November 1, 2010. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and plaintiffs' claims against defendants, Siemens Medical Solutions USA, Inc., and Siemens AG, should be dismissed without prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation For Dismissal** [#30] filed November 1, 2010, is **APPROVED**;

    2. That plaintiffs' claims against defendants, Siemens Medical Solutions USA, Inc., and Siemens AG, are **DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs; and

3.  That defendants, Siemens Medical Solutions USA, Inc., and Siemens AG, are **DROPPED** as named parties to this litigation, and the case caption is amended accordingly.

Dated November 2, 2010, at Denver, Colorado.

**BY THE COURT:**

/s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge