IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 10-cv-02291-WJM-CBS

LESLIE G. BERKOWITZ, and
KATHLEEN F. BERKOWITZ,

      Plaintiff,

v.

METWEST INC. d/b/a QUEST DIAGNOSTICS INCORPORATED and
SIEMENS HEALTHCARE DIAGNOSTICS INC.,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that the Plaintiffs' Unopposed Motion to Vacate Minute Order of October 12, 2010 (*doc #60*) is GRANTED.  *All deadlines previously set by this Court, not modified herein, remain in effect.*

**DATED:**    February 16, 2011