**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:   10-cv-02291-WJM-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:   April 25, 2011** | **Courtroom Deputy:**   Linda Kahoe |

LESLIE G. BERKOWITZ, *et al.,*                                      John A. Purvis

      Plaintiff,

      v.

METWEST, INC.,                                                              Michael D. Alper
                                                                      Stephanie A. Reedy
SIEMENS HEALTHCARE DIAGNOSTICS, INC.,         Joseph H. Guffey
                                                                      Justin Michael Stephens
                                                                      Sudabeh M. Wright

      Defendants.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in session:       4:01 p.m.**
Court calls case.  Appearances of counsel.

Discussion and arguments regarding Plaintiffs' Motion to Compel Responses From Defendant Siemens HealthCare Diagnostics, Inc. To Plaintiffs' First Set of Interrogatories and Requests for Production of Documents, doc #[79], filed 4/20/2011.

**ORDERED:**   Plaintiffs' Motion to Compel Responses From Defendant Siemens HealthCare Diagnostics, Inc. To Plaintiffs' First Set of Interrogatories and Requests for Production of Documents, doc #[79], is **DENIED** for failure to comply with this court's Practice Standards.

Discussion regarding Mr. Guffey's discovery responses.  Mr. Guffey states he will supplement his responses.

Discussion regarding a Protective Order.

The court is not inclined to move any deadlines.

The court states that its comments are not directed towards Quest.

HEARING CONCLUDED.
**Court in recess**:       **5:02 p.m.**
Total time in court:   01:01

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.