**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 10-cv-02291-WJM-CBS

LESLIE G. BERKOWITZ, and
KATHLEEN F. BERKOWITZ,

    Plaintiffs,

v.

METWEST INC. d/b/a QUEST DIAGNOSTIC INCORPORATED, and
SIEMENS HEALTHCARE DIAGNOSTIC INC.,

    Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION FOR RETENTION OF
JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT**

---

    This matter comes before the Court on Defendant Siemens Healthcare Diagnostics Inc.'s Unopposed Motion for Retention of Jurisdiction to Enforce Settlement Agreement (ECF No. 129) filed March 2, 2012. The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

    The Defendant's Motion is GRANTED. Although this action will remain administratively closed, this Court will retain jurisdiction over the parties and this action to enforce the terms of the Parties' Settlement Agreement, if necessary.

Dated this 6th day of March, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge